TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
HOLLY GAUDREAU (State Bar No. 209114)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
gsgilchrist@townsend.com; glcincone@townsend.com;
hgauderau@townsend.com
Attorneys for Plaintiff
LEVI STRAUSS & CO.

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
C. LARRY O'ROURKE (State Bar No. 219255)
larry.orourke@finnegan.com
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666
Attorneys for Defendant
HYSTERIC GLAMOUR USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION        *E-FILED - 6/6/07*

| | |
|---|---|
| LEVI STRAUSS & CO, <br><br> Plaintiff, <br><br> v. <br><br> HYSTERIC GLAMOUR USA, INC., et al., <br><br> Defendants. | CASE NO. C 06 03648 RMW <br><br> **JOINT MOTION TO VACATE CASE MANAGEMENT ORDER AND SET SCHEDULING CONFERENCE AND ORDER** |

Plaintiff Levi Strauss & Co. ("LS&CO.") and Defendant Hysteric Glamour USA, Inc. ("Hysteric Glamour") hereby move the Court to vacate all dates contained in the September 22, 2006 Stipulation and Case Management Order and set a scheduling conference in approximately ninety days.

1   In the Stipulation and Proposed Case Management Order filed by the parties on September 22, 2006 and adopted by the Court, the parties agreed on the following case schedule:

| | |
|---|---|
| Fact Discovery Cutoff: | May 11, 2007 |
| Expert Disclosures Due: | June 13, 2007 |
| Expert Discovery Cutoff: | August 10, 2007 |
| Last Date for Hearing of Dispositive Motions: | September 21, 2007 |
| Joint Pretrial Conference Statement Due: | November 21, 2007 |
| Pretrial Conference: | November 29, 2007 |
| Trial Date: | December 10, 2007 |

The parties have been engaged in settlement discussions since the Settlement Conference held before Judge Lloyd on December 8, 2006 and anticipate finalizing settlement in the next ninety days.  The parties accordingly request that all of the above dates be vacated.  This request is made in good faith based on the parties' ongoing settlement discussions, as the parties expect to resolve this matter without taxing the Court's limited resources.  While the parties anticipate filing a motion to dismiss all claims before ninety days, the parties request the Court to set a scheduling conference in approximately ninety days to allow sufficient time to finalize settlement.

## **CONCLUSION**

Based on the foregoing, the parties respectfully request that the Court vacate all dates contained in the September 22, 2006 Stipulation and Case Management Order and set a scheduling conference in approximately ninety days.

**IT IS HEREBY STIPULATED:**

DATED: May 14, 2007        By:    /s/ Gregory S. Gilchrist
                                   Gregory S. Gilchrist
                                   Attorneys for Plaintiff
                                   LEVI STRAUSS & CO.

DATED: May 14, 2007        By:    /s/ C. Larry O'Rourke
                                   C. Larry O'Rourke
                                   Attorneys for Defendant
                                   HYSTERIC GLAMOUR USA, INC.

**IT IS SO ORDERED.**  A Case Management Conference is set for September 7, 2007 @ 10:30 a.m.

DATED: ___6/6/07_____     *Ronald M. Whyte*
                          _____
                          The Honorable Ronald M. Whyte
                          United States District Judge

Pursuant to General Order No. 45 X.B., the electronic filer of this document attests under penalty of perjury that she has the concurrence of each of the signatories to this Joint Motion To Vacate Case Management Order and Set Scheduling Conference.