| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | GREGORY S. GILCHRIST (State Bar No. 111536) |
| 2 | GIA L. CINCONE (State Bar No. 141668) |
| | Two Embarcadero Center, 8th Floor |
| 3 | San Francisco, California 94111 |
| | Telephone:  (415) 576-0200 |
| 4 | Facsimile:  (415) 576-0300 |
| | gsgilchrist@townsend.com; glcincone@townsend.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | LEVI STRAUSS & CO. |
| 7 | FINNEGAN, HENDERSON, FARABOW, GARRETT |
| | & DUNNER, L.L.P. |
| 8 | C. LARRY O'ROURKE (State Bar No. 219255) |
| | Stanford Research Park |
| 9 | 3300 Hillview Avenue |
| | Palo Alto, California 94304-1203 |
| 10 | Telephone:  (650) 849-6600 |
| | Facsimile:   (650) 849-6666 |
| 11 | larry.orourke@finnegan.com |
| 12 | Attorneys for Defendants |
| | HYSTERIC GLAMOUR USA, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 8/20/07*

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. C 06-03648 RMW |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [] ORDER** |
| v. | |
| HYSTERIC GLAMOUR USA, INC., J. RANSOM, INC., FACTORY PEOPLE, INC., | |
| Defendants. | |

- 1 -

Plaintiff Levi Strauss & Co. and Defendant Hysteric Glamour USA, Inc., by their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate that this action be and hereby is dismissed.  Each party shall bear its own costs and attorneys' fees.

DATED:  July 25, 2007          Respectfully submitted,


By: /s/ Gregory S. Gilchrist
         Gregory S. Gilchrist

Attorneys for Plaintiff
LEVI STRAUSS & CO.


By: /s/ C. Larry O'Rourke
         C. Larry O'Rourke

Attorneys for Defendants
HYSTERIC GLAMOUR, USA, INC.


IT IS SO ORDERED.

Dated:  8/20/07

/s/ Ronald M. Whyte
The Honorable Ronald M. Whyte
United States District Court Judge


61100125 v1